EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br> Carlos A. Contreras Moreno | 2021 TSPR 20 <br><br> 206 DPR _____ |

Número del Caso: TS-10,663

Fecha: 19 de febrero de 2021

Abogada de la parte peticionaria:

Lcda. Graciela Vázquez Lagomarsini

Materia: Reinstalación al ejercicio de la abogacía.

Este documento constituye un documento oficial del Tribunal Supremo que está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

In re:

Carlos A. Contreras Moreno          TS-10,663

RESOLUCIÓN

En San Juan, Puerto Rico, a 19 de febrero de 2021.

Examinada la *Moción en cumplimiento de orden sobre solicitud de reinstalación sometida el 21 de octubre de 2020*, así como la *Moción en cumplimiento de orden y solicitud de prórroga*, se reinstala al Sr. Carlos A. Contreras Moreno **únicamente al ejercicio de la abogacía**. Se le concede al señor Contreras Moreno un término de sesenta (60) días, contado a partir de la notificación de esta Resolución, para que complete el proceso de reconstrucción de la obra notarial no entregada en la incautación por motivo de la suspensión decretada el 27 de julio de 2020.

Publíquese.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo. La Jueza Presidenta Oronoz Rodríguez no intervino.


José Ignacio Campos Pérez
Secretario del Tribunal Supremo